**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6216**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

TROY DEAN BUSH,

              Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Richard L.
Voorhees, District Judge.  (5:03-cr-00037-RLV-14)

Submitted:  July 31, 2012          Decided:  August 3, 2012

Before KING, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Troy Dean Bush, Appellant Pro Se.  Amy Elizabeth Ray, Assistant
United States Attorney, Asheville, North Carolina; Gretchen C.F.
Shappert, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Dean Bush appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and deny Bush's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED